IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE:  JAMES P. LYLE                                                                No. 1:24-mc-00017-WJ

## ORDER TO SHOW CAUSE

The Supreme Court of the State of New Mexico ordered that James P. Lyle is "suspended indefinitely for a period of no less than one year . . . effective September 12, 2023." Amended Order at 2, *In the Matter of James P. Lyle, Esq.*, No. S-1-SC-39642, filed October 10, 2023 (N.M.).

The Local Rules of Civil Procedure for the District of New Mexico do not allow an attorney who has been suspended from the practice of law to practice before this Court:

> An attorney admitted to the bar of this court must remain in good standing in all courts where admitted.  In good standing means not suspended or disbarred by any court for any reason.  An attorney whose suspension or disbarment has been stayed by order of the disciplining court prior to the effective date of the suspension or disbarment remains in good standing.  An attorney who is not in good standing may not practice before the bar of this court or continue to be an attorney of record in any pending case....

D.N.M.LR-Civ. 83.2(c) ("Rule of Good Standing").

Mr. Lyle shall, within 30 days of entry of this Order, show cause in writing why the Court should not suspend him in accordance with D.N.M.LR-Civ. 83.2(c) due to his suspension by the Supreme Court of the State of New Mexico.  Mr. Lyle's written response to this Order to Show Cause must address each of the standards for relief from the Rule of Good Standing.  *See* D.N.M.LR-Civ. 83.2(d)(2).  Mr. Lyle may file portions of transcripts from the disciplinary proceedings and any other exhibits in support of his request for relief from the Rule of Good Standing.  Mr. Lyle must mark, for example, by brackets, shading, or underlining, to indicate the portions of any transcripts or exhibits Mr. Lyle wishes to bring to the Court's attention.  *See*

D.N.M.LR-Civ. 10.6.  Failure to timely show cause will result in suspension from the Federal Bar of the District of New Mexico.

Mr. Lyle may, within 30 days of entry of this Order, request that the undersigned appoint a Panel of Judges to review the State of New Mexico's disciplinary proceedings.  *See* D.N.M.LR-Civ. 83.10(a).  Because the Panel may decide it is not necessary to conduct a hearing to determine whether discipline, suspension or disbarment is appropriate, any request for the appointment of a Panel of Judges must include all the materials Mr. Lyle wishes the Panel to review.

**IT IS SO ORDERED.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**